UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH AND JACKLIN D. ALLISON,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MODERN SELECT INSURANCE COMPANY, and RYZE CLAIM SOLUTION, LLC.,<br><br>    Defendants. | NO. 1:18-CV-3040-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulated Motion for Protective Order (ECF No. 20). The Motion was submitted for consideration without a request for oral argument. Court has reviewed the record and files herein, and is fully informed. For good cause shown the motion is **granted**.

ORDER GRANTING STIPULATED MOTION
FOR PROTECTIVE ORDER ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Parties' Stipulated Motion for Protective Order (ECF No. 20) is **GRANTED**. The terms of the Protective Order located at ECF No. 20 are incorporated herein.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** January 9, 2019.



THOMAS O. RICE
Chief United States District Judge