5   UNITED STATES DISTRICT COURT
6   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  KEITH AND JACKLIN D. ALLISON, | NO: 1:18-CV-3040-TOR |
| 8                      Plaintiffs, | |
| 9  v. | ORDER OF DISMISSAL WITH PREJUDICE |
| 10 AMERICAN MODERN SELECT INSURANCE COMPANY, and RYZE | |
| 11 CLAIM SOLUTION, LLC., | |
| 12                     Defendants. | |

13   BEFORE THE COURT is the parties' Stipulation and Agreed Order of

14   Dismissal (ECF No. 30). The Court has reviewed the record and files herein, and

15   is fully informed.

16   According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without

17   a court order by filing a stipulation signed by all parties who have appeared. Here,

18   the parties have stipulated "that this action may be dismissed and all claims that

19   have been made by the parties in this case against each other, their contractors,

20   agents, employees, or attorneys, or that could have been made by any party against

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

another party, its contractors, agents, employees or attorneys, as a result of any fact, condition, event or series of events, arising out of events giving rise to the complaint in this matter, are hereby dismissed with prejudice, and without costs or attorney fees to any party." ECF No. 30 at 1-2.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** and all claims that have been made by the parties in this case its contractors, agents, employees or attorneys, or that could have been made by any party against another party, are hereby dismissed with prejudice, and without costs or attorney fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 23, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2